UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**BONNIE A. BERGLEY,**

          Plaintiff,

v.

**COMMISSIONER OF
SOCIAL SECURITY,**

          Defendant.

_____/



Case No. 04-72482
Hon. Bernard A. Friedman



## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Wallace Capel, Jr.'s Report

and Recommendation dated October 18, 2005.  No objections were filed.

This Court has had an opportunity to fully review this matter and believes that the

Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Wallace Capel, Jr.'s Report

and Recommendation dated October 18, 2005, is hereby accepted and adopted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is

denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is

granted and judgment entered for Defendant Commissioner.

**DEC 12 2005**

_____
Detroit, Michigan

_____
BERNARD A. FRIEDMAN
CHIEF JUDGE

I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail

_____
Patricia Foster Hommel
Secretary to Chief Judge Friedman